# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Total Waste Logistics LLC | Case No. 10-10906 (MFW) |
| Debtor; | Joint Administration Requested |
| In re: | Chapter 11 |
| Conshohocken Rail, LLC | Case No. 10-10907 (MFW) |
| Debtor; | |
| In re: | Chapter 11 |
| Total Waste Logistics LAS, LLC | Case No. 10-10908 (MFW) |
| Debtor; | |
| In re: | Chapter 11 |
| TWL Finstar, LLC | Case No. 10-10909 (MFW) |
| Debtor. | |

## ORDER

AND NOW this 19th day of March, 2010, upon consideration of the Certification of Counsel of Michael J. Barrie, Esquire regarding Stipulation Regarding (1) Interim Use Of Cash Collateral, (2) Granting Adequate Protection, and (3) Granting Related Relief (the "Certification"), and an interim hearing being held on March 19, 2010, it is hereby

ORDERED that the Stipulation attached as Exhibit A to the Certification is approved, and it is further

ORDERED that an interim hearing on the continued use of cash collateral is scheduled for March 30, 2010 at 9:30 A.M. (ET).

Dated: __March 19__, 2010

__/s/ Mary Walrath__
MARY WALRATH
UNITED STATES BANKRUPTCY JUDGE