# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Total Waste Logistics LLC, | : | Case No. 10-10906 (MFW) |
| | : | Joint Administration Requested |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Conshohocken Rail, LLC, | : | Case No. 10-10907 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Total Waste Logistics LAS, LLC, | : | Case No. 10-10908 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| TWL Finstar, LLC, | : | Case No. 10-10909 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on the continued use of cash collateral and a final hearing on the *Motion of the Debtors and Debtors-in-Possession, Pursuant to Sections 105(a), 363, 507(a) and 1107 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003, for Authorization to Pay Prepetition Wages, Compensation, Employment Benefits and Related Relief* [Docket No. 4], among other things, will be held on **Tuesday, March 30, 2010 at 9:30 a.m.** before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

Dated: March 22, 2010

                                        BENESCH, FRIEDLANDER, COPLAN
                                            & ARONOFF LLP

By:   */s/ Michael J. Barrie*
        Michael J. Barrie, Esquire (No. 4684)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        (302) 442-7010 telephone
        (302) 442-7012 facsimile
        mbarrie@beneschlaw.com

        *Proposed Counsel to the Debtors*